In the Matter of Leon H. Levine, Appellant, against John E. Connally, as Chairman of the State Insurance Fund, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante,* p. 796.] All concur.

George H. Davidson, Appellant, v. City of Elmira et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied, without costs. [See *ante,* p. 797.] All concur.

Anna Campbell, Respondent, v. Robert R. Stickney, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 203.] All concur.

Niagara Falls Power Company, Appellant, v. John White et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion to amend the court's decision, handed down January 19, 1944, certifying questions to the Court of Appeals, granted, in accordance with the stipulation of the parties and at their request, to read as follows: Question 1. Did the Supreme Court have jurisdiction of the subject matter of the complaint? Question 2. Does the complaint constitute the proper procedure for determining the constitutionality of Laws of 1943, chapter 46? Question 3. Does the Supreme Court have jurisdiction over the person of the State of New York in this action? [See *ante,* pp. 236, 853, *sub nom. Niagara Falls Power Co.* v. *Halpin.*] All concur.

Ruth E. Jones, as Administratrix of the Estate of Frank E. Jones, Deceased, Respondent, v. Verna M. Gray, as Administratrix of the Estate of Samuel M. Gray, Deceased, Appellant. (Action No. 1.) Myrtis E. Ploss, as Limited Administratrix of the Estate of Edward Ploss, Deceased, Respondent, v. Verna M. Gray, as Administratrix of the Estate of Samuel M. Gray, Deceased, Appellant. (Action No. 2.) Mabel A. Tone, as Administratrix of the Estate of Frank L. Tone, Deceased, Respondent, v. Verna M. Gray, as Administratrix of the Estate of Samuel M. Gray, Deceased, Appellant, et al., Defendants. (Action No. 3.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to be divided between the attorneys for the respondents. It is ordered that all proceedings on the part of the plaintiffs to enforce the judgments on appeal be and they hereby are stayed until the granting or final refusal of leave to appeal. [See *ante,* pp. 242, 853.] All concur.

Rose C. Firenzo, Respondent, v. Dell B. Baxter et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 799.] Hill, P. J., Heffernan, Schenck and Brewster, JJ., concur; Bliss, J., dissents and votes to grant the motion.